IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JERAL DURANT HENDERSON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:22-cv-1922-E (BT) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |
| | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

This civil *pro se* case was initiated on August 30, 2022, when Plaintiff filed a complaint and a motion for leave to proceed *in forma pauperis*. (Docs. 3, 4.) On September 1, 2022, the Magistrate Judge issued a Notice of Deficiency and Order because Plaintiff's complaint failed to comply with Federal Rule of Civil Procedure 8(a). (Doc. 8.) Plaintiff did not respond, and he failed to comply with the Court's September 1 order. On October 4, 2022, the Magistrate Judge issued findings and conclusions, recommending that Plaintiff's complaint be dismissed without prejudice under Federal Rule of Civil Procedure 41(b). (Doc. 10.)

Most recently, on November 21, 2022, Plaintiff filed an amended complaint. (Doc. 11.) The amended complaint is short, only about half a page of handwriting on the court-approved form. The handwriting on the amended complaint form is very difficult to read. The Court can discern that Plaintiff claims that "Wells Fargo Inc cut off [his] credit card." *Id.* at 1. He also mentions a "Revocation of License." *Id.* Plaintiff also claims that "James Finley['s] cellphone [sic] [was] stolen." *Id.* In addition to the amended complaint form, Plaintiff has included notes from a medical doctor's visit where he was treated for a cough. He has also included two

1

handwritten references to Bible verses.  In a handwritten attachment, Plaintiff refers to "Internal Affairs treason Joe Bidden [sic]." *Id.* at 16.  Plaintiff has also attached an article on U.S. Representative Pete Sessions.  Last, he has included two tables outlining the outstanding U.S. Mortgage Debt and Family Mortgage Debt.  The Court concludes that Plaintiff's amended complaint, like his complaint, is legally deficient.  Specifically, it fails to comply with Rule 8(a). Plaintiff's claims cannot be discerned, and this case cannot be screened.

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the Magistrate Judge dated October 4, 2022, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.  **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are accepted.

**SO ORDERED:** January 5, 2023

_____
Ada Brown
UNITED STATES DISTRICT JUDGE